# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DOWNEY FINANCIAL CORP., | Case No. 08-13041-(CSS) |
| Debtor. | |
| MONTAGUE S. CLAYBROOK, in his capacity as Chapter 7 Trustee for DOWNEY FINANCIAL CORP., and WILMINGTON TRUST COMPANY, solely as Indenture Trustee, | Adversary Proceeding No. 10-53731 |
| Plaintiff, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Downey Savings & Loan Association, F.A., | |
| Defendant. | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 30(a) and (b)(6) of the Federal Rules of Civil Procedure and pursuant to Bankruptcy Rule 7030 and Local Rule 7030-1, Montague Claybrook, Chapter 7 Trustee for the bankruptcy estate of Downey Financial Corp. (the "Trustee"), by and through his attorneys, Fox Rothschild LLP, will take the deposition of one or more designee(s) of the Federal Deposit Insurance Corporation, acting in its capacity as receiver for Downey Savings & Loan Association F.A. (hereafter "Receiver"), before a person duly authorized to administer oaths. Said deposition will take place at the offices of Fox Rothschild LLP, 919 North Market Street, Wilmington,

Delaware, Suite 1300, 19899, on March 28, 2011, commencing at 10:00 a.m. and will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rule 7030, the deposition will be recorded by stenographic and/or videographic means. It will be conducted simultaneously before an officer authorized by law to administer oaths and will continue from day to day until concluded, Saturdays, Sundays and holidays excepted. The deposition is being taken for discovery, for use at any evidentiary hearing, for use at trial, or for any purposes that are permitted by law or under the rules of this Court. Any party or persons with just cause to attend may participate and cost-examine through duly authorized and designated counsel.

Said designee[s] will be expected to testify as to the following categories:

1. All facts that form the basis for the assertion of the Receiver's counterclaims and affirmative defenses alleged in the above-captioned adversary proceeding;

2. All facts relating to communications between the Federal Deposit Insurance Corporation, acting either in its capacity as Receiver for Downey Savings and Loan or in its corporate capacity, and the Internal Revenue Service from November, 2008 until the present regarding or relating to Downey Financial Corporation, Montague Claybrook acting as Trustee for the bankruptcy estate of Downey Financial Corp. (the "Trustee"), the Trustee's representatives, the Downey Savings and Loan Receivership and/or Downey Savings and Loan; and

2

3. All facts relating to communications between the FDIC, acting in its capacity as Receiver for Downey Savings & Loan, and the IRS from November 2008 until the present regarding the assertion of the right to a tax refund based upon a worthless stock loss theory.

4. All facts relating to communications between the FDIC, acting either in its capacity as Receiver for Downey Savings & Loan or in any other capacity, and the IRS from November 2008 until the present to the extent such communications were with or at the behest of representatives of the FDIC who had any involvement with the Downey Savings & Loan receivership.

5. All facts related to any communications between the FDIC, acting either in its capacity as Receiver for Downey Savings & Loan or in any other capacity, and the IRS from November 2008 until the present regarding any tax issues that are related to and/or affect Downey Financial Corp. or Downey Savings & Loan Association, F.A. irrespective of whether the term "Downey" is used in the communication.

The Trustee reserves the right to supplement the foregoing list of categories of inquiry.

Dated: March 19, 2011          **FOX ROTHSCHILD LLP**

                                               */s/ Maura L. Burke*
                                               Maura L. Burke (Del. Bar No. 5313)
                                               919 N. Market Street, Suite 1300
                                               P.O. Box 2323
                                               Wilmington, DE 19899-2323, and
                                               2000 Market Street, Twentieth Floor
                                               Philadelphia, PA 19103-3291
                                               Tel (215) 299-2872/ Fax (215) 299-2150
                                               mburke@foxrothschild.com

                                               -and-

Michael Menkowitz  
William H. Stassen  
2000 Market Street, 20th Floor  
Philadelphia, PA 19103  
Tel (215) 299-2897/Fax (215) 299-2150  
mmenkowitz@foxrothschild.com  
wstassen@foxrothschild.com  

-and-  
Raymond M. Patella  
1301 Atlantic Avenue  
Midtown Building - Suite 400  
Atlantic City, NJ 08401  
Tel (609) 572-2254/Fax (609) 348-6834  
rpatella@foxrothschild.com  

*Attorneys for Montague S. Claybrook, Chapter 7 Trustee for the Estate of Downey Financial Corp.*